# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET MILES, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>PROFESSIONAL ACCOUNT SERVICES, INC.,<br><br>  Defendant. | C.A. No. 16-02779-SD |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. 41(a)(1)(A), Plaintiff Janet Miles voluntarily dismisses this Action.

Dated:  August 9, 2016                    BERGER & MONTAGUE, P.C.

By: /s/  Shanon J. Carson
    Shanon J. Carson (Pa. Bar No. 85957)
    Arthur Stock (Pa. Bar No. 64336)
    Lane L. Vines (Pa. Bar No. 80854)
    1622 Locust Street
    Philadelphia, PA  19103
    Tel.:         (215) 875-3000
    Fax:         (215) 8754604
    scarson@bm.net
    astock@bm.net
    lvines@bm.net
                   and

W. Craft Hughes
Jarrett L. Ellzey
Hughes Ellzey, LLP
2700 Post Oak Boulevard - Suite 1120
Galleria Tower 1
Houston, TX  77056
Tel.:         (713) 554-2377
Fax:         (888) 995-3335
craft@hughesellzey.com
jarrett@hughesellzey.com

*Attorneys for Plaintiff and the Proposed Class*